IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY G. CREW,            )
                            )
    Plaintiff,          )
                            )
v.                          )    CASE NO. 2:17-CV-431-WKW
                            )              [WO]
ANDRE TAYLOR,               )
                            )
    Defendant.          )

# **ORDER**

On June 11, 2018, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 15) is ADOPTED;

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 27th day of July, 2018.

                              /s/ W. Keith Watkins
                      CHIEF UNITED STATES DISTRICT JUDGE